AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Gregory Vaughn<br>*Plaintiff*<br>v.<br>Captain Wheeler Sweat, III, Anthony Dennis, Amber Floyd and Tory Gregg-Wright<br>*Defendant* | Civil Action No.    4:23-cv-3457-DCC |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Summary Judgment is entered as to defendants Anthony Dennis, Amber Floyd, Tory Gregg-Wright, Wheeler Sweat, III, and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  May 29, 2024

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*